# EXHIBIT 5

Case No.:  5:18-cv-02259-SVW-SP

Re: City of Upland's Motion for Summary Judgment or Partial Summary Judgment


EXHIBIT 5 - AXON_Flex_Video_2017-12-05_0811  (Officer Scott Long's Body Cam).

The link to the video was emailed on August 30, 2021 to:
1. svw_chambers@cacd.uscourts.gov  (Court)
2. bdunn@cochranfirm.com  (counsel for Plaintiff)
3. elyman@cochranfirm.com  (counsel for Plaintiff)
4. SGuerrero@CochranFirm.com  (Plaintiff's counsel's office)

It is available for viewing at
https://www.dropbox.com/sh/t9lgl6b30xnah1i/AAASLwWBL6Uy3sDTQcAX54bta?dl=0.