1  **STEVEN J. ROTHANS – State Bar No. 106579**
2  **YARON F. DUNKEL – State Bar No. 215873**
   **CARPENTER, ROTHANS & DUMONT LLP**
3  **500 South Grand Avenue, 19th Floor**
   **Los Angeles, CA 90071**
4  **(213) 228-0400**
   **(213) 228-0401 [Fax]**
5  **srothans@crdlaw.com | ydunkel@crdlaw.com**
   **www.crdlaw.com**

6  Attorneys for Defendant, RANDALL LAYNE, a public employee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL YONKO, an individual; MARILYN YONKO, an individual; and WALTER TRACY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF UPLAND, a municipal entity, RANDALL LAYNE, a public employee and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 5:18-cv-02259 <br><br> **STIPULATION TO DISMISS WITHOUT PREJUDICE CITY OF UPLAND** |

WHEREFORE on September 20, 2021 this Court granted Plaintiffs Saul Yonko, Marilyn Yonko and Walter Tracy's motion for leave to file a First Amended Complaint naming Randall Layne as a defendant.

WHEREFORE on September 20, 2021 this Court also dismissed without prejudice defendant, City of Upland, and took the City of Upland's motions as moot, and as further reflected in the attached pertinent portions of the transcript of the hearing, attached as Exhibit "A".

Wherefore the Court's Minute Order stated "Plaintiff Saul Yonko's claims against defendant City of Upland are dismissed without prejudice [26]. The jury

- 1 -

STIPULATION TO DISMISS WITHOUT PREJUDICE CITY OF UPLAND

trial set for October 5, 2021, and the pretrial conference set for September 27, 2021, are vacated and off-calendar. City of Upland (a municipal entity) terminated."

IT IS HEREBY STIPULATED by and among the parties hereto and through their respective counsel of record, and to clarify the Court's Minute Order of September 20, 2021, all of Plaintiffs Saul Yonko, Marilyn Yonko and Walter Tracy's claims against the City of Upland are dismissed without prejudice.

DATED: November 2, 2021              THE COCHRAN FIRM CALIFORNIA

By:  /s/ Brian T. Dunn            .
     Brian T. Dunn
     Edward M. Lyman
     Attorneys for Plaintiffs,
     Saul Yonko, Marilyn Yonko, and
     Walter Tracy

DATED: November 2, 2021              CARPENTER, ROTHANS & DUMONT LLP

By:  /s/ Yaron F. Dunkel_____
     Steven J. Rothans
     Yaron F. Dunkel
     Attorneys for Defendant,
     RANDALL LAYNE, a public
     employee

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Yaron F. Dunkel, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

- 3 -

| | |
|---|---|
| DATED:  November 2, 2021 | CARPENTER, ROTHANS & DUMONT LLP<br><br>By:   */s/ Yaron F. Dunkel*_____<br>         Steven J. Rothans<br>         Yaron F. Dunkel<br>         Attorneys for Defendant,<br>         City of Upland, a public entity |