**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUL YONKO, an individual; MARILYN YONKO, an individual; and WALTER TRACY, an individual, | Case No.:  5:18-cv-02259-SVW-SP |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE CITY OF UPLAND** |
| vs. | |
| CITY OF UPLAND, a municipal entity, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to stipulation of the parties, and to clarify the Court's Minute Order of September 20, 2021, all of Plaintiffs Saul Yonko, Marilyn Yonko and Walter Tracy's claims against the City of Upland are dismissed without prejudice.

IT IS SO ORDERED.

DATED:  November 13, 2021

_____
Honorable Stephen V. Wilson
United States District Judge

- 1 -

ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE
CITY OF UPLAND