1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **YARON F. DUNKEL – State Bar No. 215873**
2  **CARPENTER, ROTHANS & DUMONT LLP**
   **500 South Grand Avenue, 19th Floor**
3  **Los Angeles, CA 90071**
   **(213) 228-0400**
4  **(213) 228-0401 [Fax]**
   **srothans@crdlaw.com | ydunkel@crdlaw.com**
5  **www.crdlaw.com**

6  Attorneys for Defendant, RANDALL LAYNE, a public employee

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL YONKO, an individual; MARILYN YONKO, an individual; and WALTER TRACY, an individual,<br><br>              Plaintiffs,<br><br>      vs.<br><br>CITY OF UPLAND, a municipal entity, RANDALL LAYNE, a public employee and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 5:18-cv-02259-SVW-SP<br>[Honorable Stephen V. Wilson]<br><br>**NOTICE OF SETTLEMENT CONDITIONED ON PLAINTIFFS' APPOINTMENT OF A GUARDIAN AD LITEM FOR SAUL YONKO AND COURT'S APPROVAL OF THE SETTLEMENT** |

TO THE HONORABLE COURT:

Please take notice that the parties in the above-entitled matter have reached a settlement of all claims in this action and have agreed to enter into a settlement agreement and release. Due to issues involving Plaintiff Saul Yonko, including the fact that a conservatorship had been set up for Saul Yonko, the settlement is conditioned on plaintiffs' applying the Court to appoint a *Guardian Ad Litem* to enter into a settlement agreement on behalf of Saul Yonko and the Court's approval of the settlement. The parties cannot enter into a settlement agreement

until a *Guardian Ad Litem* is appointed with authority to sign on behalf of Saul Yonko.

     Defendant requests that the Court vacate the trial and related dates and schedule within 45 days a hearing for an Order to Show Cause re status of the Application for Appointment of a Guardian Ad Litem and Petition for Court's Approval of the settlement.

DATED: March 5, 2022        CARPENTER, ROTHANS & DUMONT LLP

By:  */s/ Yaron F. Dunkel*_____
Steven J. Rothans
Yaron F. Dunkel
Attorneys for Defendant,
RANDALL LAYNE, a public employee