**BRIAN T. DUNN (SBN 176502)**
bdunn@cochranfirm.com
**EDWARD M. LYMAN III (SBN 248264)**
elyman@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimiles: (323) 282-5280

*Attorneys for all Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL YONKO, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY OF UPLAND, et al., <br><br> Plaintiffs. | CASE NO.: 5:18-CV-02259-SVW-SP <br><br> **APPLICATION FOR ORDER APPOINTING GUARDIAN AD LITEM MARILYN YONKO** <br><br> Date: 3/28/22 <br> Time: 1:30 p.m. <br> Court: 10A |

1. Applicant: Marilyn Yonko.
2. This application seeks appointment of the following person as guardian ad litem:

   Marilyn Yonko

   May be contacted by and through, Brian T. Dunn, Esq.:

   4929 Wilshire Blvd, Suite 1010

   Los Angeles, CA 90010

   323-435-8205

3. The guardian ad litem is to represent the interest of the following individual:

   Plaintiff Saul Yonko

   May be contacted by and through Brian T. Dunn, Esq.

   The Cochran Firm California

   4929 Wilshire Blvd, Suite 1010

   Los Angeles, CA 90010

   323-435-8205

4. The person to be represented is a person for whom a conservator has been appointed.
5. (d) The court should appoint a guardian ad litem because the person named in item 3 has causes of action on which suit have been brought and because the parties in the within action have reached a settlement with the Defendants.
6. The proposed guardian ad litem's relationship to the person she will be representing is: related biological mother and conservator.
7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person she will represent and has no interests adverse to the interests of said persons.

**THE COCHRAN FIRM CALIFORNIA**

March 21, 2022     By:     /s/ Edward M. Lyman III
                                    Brian T. Dunn
                                    Edward M. Lyman III
                                    Attorneys for Plaintiffs

**VERIFICATION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

March 21, 2022     By:     Marilyn Yonko (Mar 21, 2022 13:57 PDT)
                                    Marilyn Yonko
                                    Conservator of Plaintiff Saul Yonko

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.

March 21, 2022     By:     Marilyn Yonko (Mar 21, 2022 13:57 PDT)
                                    Marilyn Yonko

---

APPLICATION FOR ORDER APPOINTING GUARDIAN AD LITEM