**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**EDWARD M. LYMAN III (SBN 248264)**
Email: elyman@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL YONKO, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF UPLAND, et al.<br><br>    Defendants. | **CASE NO.: 5:18-CV-02259-SVW-SP**<br><br>[Hon. Stephen V. Wilson]<br><br>**DECLARATION OF BRIAN T. DUNN AND EXHIBIT 1 SUBMITTED IN SUPPORT OF PETITION FOR APPROVAL OF COMPROMISE OF INCOMPETENT ADULT SAUL YONKO**<br><br>Hearing Date: March 28, 2022<br>Time:             1:30 P.M.<br>Courtroom:    10A |

1

## DECLARATION OF BRIAN T. DUNN

I, Brian T. Dunn, hereby assert and declare as follows:

1. I am an attorney duly licensed to practice law in this and all courts of the State of California. I remain lead counsel for Plaintiffs SAUL YONKO, MARILYN YONKO and WALTER TRACY in the above-entitled action. All of the statements contained in the within Declaration are true, and are based upon my direct personal knowledge.

2. This Declaration is submitted in support of the Petition for Approval of Compromise of the Disputed Claim of disabled/conservatee PLAINTIFF SAUL YONKO filed concurrently herewith.

3. This matter concerns the officer involved shooting of Saul Yonko, which occurred on December 5, 2017, at the 1700 block of Old Baldy Way, in the City of Upland, California.

4. As a result of said incident, conservatee/PLAINTIFF SAUL YONKO has a disputed claim for damages against the above named defendants, each of whom deny liability for the injuries and damages suffered by conservatee/PLAINTIFF SAUL YONKO but by way of compromise have offered to pay $450,000.00 (gross settlement for all Plaintiffs) in consideration of a full and final release and discharge of and from all claims, charges and demands of conservatee/PLAINTIFF SAUL YONKO and Plaintiffs MARILYN YONKO and WALTER TRACY arising from said incident.

5. Attached herein as "Exhibit 1" is a true and correct copy of the final Cost Summary Report for this matter, reflecting total case costs and expenses for this matter. The distribution of settlement proceeds and the rationale for which will be discussed below:

THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Bl.
Suite 1010
(323)435-8205

| | |
|---|---|
| TOTAL SETTLEMENT: | $450,000.00 |
| TOTAL ATTORNEYS' FEE: | $180,000.00 (40%) |
| COSTS AND EXPENSES: | **$6,465.42** |
| **TOTAL NET SETTLEMENT TO PLAINTIFFS:** | **$263,534.58** |
| To Plaintiff/Conservatee Saul Yonko.: | $86,966.41 |
| To Plaintiff Marilyn Yonko: | $86,966.41 |
| To Plaintiff Walter Tracy: | $86,966.41 |

Total Allocation of Fees/Costs (divided equally among the Plaintiffs):

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed on March 24, 2022, at Los Angeles, California.

/s/ Brian T. Dunn
Brian T. Dunn, declarant