# THE COCHRAN FIRM - CALIFORNIA
4929 Wilshire Blvd., #1010 ** Los Angeles, CA 90010 ** (323) 435-8205, (323) 282-5280-Fax

**C O N F I D E N T I A L**      DATE: 3/24/2022

## CASE SETTLEMENT DISBURSEMENT BREAKDOWN

| SAUL YONKO | v. | CITY OF UPLAND, et al |
|---|---|---|

FILE #(S): 12-0352

| | | | | |
|---|---|---|---|---|
| Total Case Settlement Proceeds | | | $ | **450,000.00** |
| 1 | Total Attorney's Fees @ 40.0% | | | 180,000.00 |
| 2 | Total Reimbursable Costs | | | 6,465.42 |
| | | Court Cost / Filing Fees | 464.50 | |
| | | Copies | 238.27 | |
| | | Depositions | 1,087.12 | |
| | | Expert Fees | 4,000.00 | |
| | | Medical Records | 675.53 | |
| | | Total All Costs | 6,465.42 | |
| 3 | Total Lien(s) ** | | | 0.00 |
| | | | 0.00 | |
| 4 | Net Proceeds to Client(s) * | | | 263,534.58 |
| | 100.00% | Saul Yonko | 263,534.58 | |
| 5 | Total All Disbursements | | $ | **450,000.00** |

Approved By: _____

Edward M. Lyman, III, Attorney
THE COCHRAN FIRM CALIFORNIA

## CLIENT ACKNOWLEDGEMENT

* The foregoing reflects all the charges on my case as of the above date.
  I understand that charges for case related costs may be received and paid by the firm
  after the above date which will reduce the net amount to me at the time of disbursement.

** I acknowledge that there are no other liens, medical or otherwise and agree to hold
  my attorney(s) harmless therefrom.

I authorize the destruction of this file after two years from the date hereof.

_____ 2022          _____
DATE                     SAUL YONKO