**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUL YONKO, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF UPLAND, et al. <br><br> Defendants. | **CASE NO.: 5:18-CV-02259-SVW-SP** <br><br> [Hon. Stephen V. Wilson] <br><br> **[PROPOSED] ORDER APPROVING COMPROMISE OF OF DISPUTED CLAIM FOR DISABLED ADULT PLAINTIFF SAUL YONKO** <br><br> Hearing Date: March 28, 2022 <br> Time: 1:30 P.M. <br> Courtroom: 10A |

1

1  Petitioner MARILYN YONKO, as the conservator, proposed guardian ad
2  litem, and biological mother of conservatee/PLAINTIFF SAUL YONKO, and is
3  solely competent and responsible for the guardianship of the financial interests of
4  said conservatee has petitioned the Court for approval of a proposed disposition of
5  the proceeds of the out of court settlement of the claims of the plaintiffs. A hearing
6  on the Petition was held on March 28, 2022, the Honorable Stephen V. Wilson,
7  United States District Judge, presiding.

**THE COURT ORDERS:**

The Petition is granted, and the proposed disposition and distribution of the proceeds of the settlement of the claims of the Plaintiffs SAUL YONKO, MARILYN YONKO and WALTER TRACY. The total collective amount of the settlement reached in favor of the plaintiffs is $450,000.00 The total amount of attorneys' fees to be awarded is $180,000.00. The total amount of reimbursable case expenses is $6,465.42

As between Plaintiffs the apportionment of the settlement, attorneys' fees, allocation for trust funding, and reimbursable case expenses, shall be as follows:

| | |
|---|---|
| TOTAL SETTLEMENT: | $450,000.00 |
| TOTAL ATTORNEYS' FEE: | $180,000.00 (40%) |
| COSTS AND EXPENSES: | **$6,465.42** |
| **TOTAL NET SETTLEMENT TO PLAINTIFFS:** | **$263,534.58** |
| To Plaintiff Saul Yonko: | $86,966.41 |
| To Plaintiff Marilyn Yonko: | $86,966.41 |
| To Plaintiff Walter Tracy: | $86,966.41 |

The Petitioner and the Petitioner's counsel are authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the disbursement of the proceeds of the incompetent adult's settlement as set forth in this Order. Defendants shall direct payment of conservatee/Plaintiff Saul Yonko's

1 | net settlement in the amount of $86,966.41 to the Estate of Saul Yonko.
2 | **IT IS SO ORDERED.**

Dated: _____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE